**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

EMMA CONVILLE,

Plaintiff,

v.

NORTHUMBERLAND COUNTY,
MARGARET HUGHES,
THOMAS REISINGER,
PRIMECARE MEDICAL, INC.,
JENNIFER LOCKLIER, and
ALYSSA HENGST,

Defendants.

No. 4:25-CV-02536

(Chief Judge Brann)

**ORDER**

**OCTOBER 13, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motions to dismiss (Docs. 27, 29) are **GRANTED**.

2. Plaintiff may file a second amended complaint no later than October 27, 2026. If no amended complaint is filed by that date, the dismissed claims will be subject to dismissal with prejudice.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge